IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 19-374 (RDM) |
| ) | |
| AHMAD "ANDY" KHAWAJA, ) | |
| GEORGE NADER, ) | |
| ROY BOULOS, ) | |
| RUDY DEKERMENJIAN, ) | |
| MOHAMMAD "MOE" DIAB, ) | |
| RANI EL-SAADI, ) | |
| STEVAN HILL, and ) | |
| THAYNE WHIPPLE, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

Undersigned counsel hereby enters an appearance on behalf of the United States in the above-captioned matter.

                                        Respectfully submitted,

                                        COREY R. AMUNDSON
                                        Chief, Public Integrity Section
                                        Criminal Division
                                        U.S. Department of Justice

                    By:    */s/ Jolee Porter*
                                Jolee Porter
                                Trial Attorneys
                                Public Integrity Section
                                Criminal Division
                                U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants.

Dated: November 8, 2021

/s/ *Jolee Porter*
Jolee Porter
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice