## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 19-374 (RDM)** |
| | ) | |
| **AHMAD "ANDY" KHAWAJA,** | ) | |
| **GEORGE NADER,** | ) | |
| **ROY BOULOS,** | ) | |
| **RUDY DEKERMENJIAN,** | ) | |
| **MOHAMMAD "MOE" DIAB,** | ) | |
| **RANI EL-SAADI,** | ) | |
| **STEVAN HILL, and** | ) | |
| **THAYNE WHIPPLE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR UNITED STATES

Undersigned counsel hereby enters an appearance on behalf of the United States in the

above-captioned matter, in place of Jolee Porter (*see* ECF No. 144).


Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By:   */s/ Tanya Senanayake*
Tanya Senanayake
D.C. Bar No. 1006218
Trial Attorney, Public Integrity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW, 10th Floor
Washington, D.C. 20530
Telephone: 202-514-1412
Email: tanya.senanayake@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

attorneys of record for the defendants.


Dated:      January 5, 2022                               */s/ Tanya Senanayake*
                                                          Tanya Senanayake
                                                          Trial Attorney
                                                          Public Integrity Section
                                                          Criminal Division
                                                          U.S. Department of Justice